# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4321
_____

T.M., Mother of A.M. and S.M.,
Minor Children,

     Appellant,

     v.

GUARDIAN AD LITEM PROGRAM,
and DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellees.

_____

On appeal from the Circuit Court for Clay County.
Michael S. Sharrit, Judge.

March 29, 2019

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

T.M., pro se, Appellant.

Ward L. Metzger, Department of Children and Families, Jacksonville; Thomasina F. Moore and Sara Elizabeth Goldfarb of Florida Statewide Guardian ad Litem Office, Tallahassee; Jamie B. Moses of Holland & Knight LLP, Orlando, for Appellees.